IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60188
Summary Calendar
_____

KAZEM BARKHORDARIAN,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A73-712-546
- - - - - - - - - -

February 15, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

Kazem Barkhordarian petitions this court to review an order of the Board of Immigration Appeals ("BIA") dismissing his appeal seeking reversal of an order of deportation denying his applications for political asylum, withholding of deportation, and voluntary departure. We have reviewed the record and the briefs and determine that the BIA's denials of Barkhordarian's applications for asylum and withholding of deportation are

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

supported by substantial evidence.  Faddoul v. INS, 37 F.3d 185, 188 (5th Cir. at 1994).

The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104-208, 110 Stat. 3009, is applicable to all aliens in proceedings on April 1, 1997, for whom a final order of deportation was entered more than thirty days after September 30, 1996.  IIRIRA § 309(c)(4)(E); Eyoum v. INS, 125 F.3d 889, 891 (5th Cir. 1997).  Under IIRIRA, this court lacks subject-matter jurisdiction to review claims for discretionary relief, such as voluntary departure.  See 8 U.S.C. § 1252 (a)(2)(B); Eyoum, 125 F.3d at 891.  Because the BIA's final order of deportation was entered on March 13, 1998, we lack subject-matter jurisdiction to review Barkhordarian's appeal regarding voluntary departure.

The petition for review is DENIED.